IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL JUNIOR SUTTON                                                                                 PLAINTIFF

v.                                           Civil No. 06-4062

H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; MIKE GRIFFIN,
Warden; SGT. GREEN; SGT. WRIGHT;
and NURSE TERRY PORTER                                                                      DEFENDANTS

# ORDER

On March 12, 2007, the plaintiff filed a motion to strike interrogatories (Doc. 30). Plaintiff moves to strike the defendants' interrogatories on the grounds defendants have propounded more than twenty-five interrogatories without first obtaining permission from the court.

Plaintiff failed to attach the interrogatories to his motion. For this reason, an order was entered on March 15, 2007 (Doc. 32) directing the plaintiff to submit the interrogatories as an exhibit to his motion. Plaintiff has now submitted the interrogatories as a supplement to his motion to strike (Doc. 33). The defendants first set of interrogatories contain twenty-six interrogatories. Several of the interrogatories contain more than one question.

Rule 33(a) provides that "[w]ithout leave of court or written stipulation, any party may serve upon any other party written interrogatories, not exceeding 25 in number including all discrete subparts, to be answered by the party served." Fed. R. Civ. P. 33(a). I agree that both as numbered (twenty-six) and cumulatively, when the separate questions and/or sub-parts contained in the interrogatories are added, the interrogatories contain more than the number authorized by Rule 33(a). Defendants have not sought leave of the court to exceed the number specified in Rule 33(a).

For the reason stated, the motion to strike (Doc. 30) is **GRANTED**. Defendants may, of course, submit a new set of interrogatories to the plaintiff not exceeding twenty-five in number or seek leave of the court to exceed the number allowed by Rule 33(a).

**IT IS SO ORDERED** this 27th day of March 2007.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE