IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

PAUL JUNIOR SUTTON                                                                          PLAINTIFF

VS.                                           Civil No. 06-CV-4062

H.L. PHILLIPS, Sheriff, Miller County,
Arkansas; MIKE GRIFFIN, Warden,
SGT. GREEN; SGT. WRIGHT; and
NURSE TERRY PORTER                                                                      DEFENDANT

## ORDER

Now on this 6th day of March, 2008, comes on for consideration the proposed findings and recommendations filed herein on February 13, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the Defendants' motion for summary judgment should be and is hereby granted. The above numbered and styled matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**